**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| TROIANI GROUP AND TROY DEVELOPMENT ASSOCIATES, L.P., | : No. 106 WAL 2022 |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| CITY OF PITTSBURGH BOARD OF APPEALS, AND CITY OF PITTSBURGH, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.